UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 3 0 2001

| | |
|---|---|
| BIOCHEM PHARMA, INC., et al., ) ) ) ) Plaintiff, ) ) v. ) ) ) EMORY UNIVERSITY, ) ) Defendant. ) ) | Civil Action No. 00-3047 (RWR) Civil Action No. 01-389 (RWR) |

ORDER FOR CONSOLIDATION AND TRANSFER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that plaintiffs' Motion to Consolidate [14] be, and hereby is, **GRANTED** and Civil Action No. 01-389 is CONSOLIDATED with Civil Action No. 00-3047.  It is further

**ORDERED** that Emory University's Motion to Transfer [7] be, and hereby is, **GRANTED** and these consolidated cases are TRANSFERRED pursuant to 28 U.S.C. § 1404(a) to the United States District Court for the Northern District of Georgia as related to that district's civil cases 1:96-1868 and 1:01-469.

SIGNED this 30th day of May, 2001.

_____
RICHARD W. ROBERTS
United States District Judge